# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>CARLOS ADRIAN RODRIGUEZ-CHABLE,<br><br>       Defendant | Case No.  19-CR-4679-GPC<br>**ORDER AND JUDGMENT GRANTING UNITED STATES' MOTION TO DISMISS** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the information shall be dismissed against Carlos Adrian Rodriguez-Chable without prejudice.

IT IS FURTHER ORDERED bond is exonerated. Defense Counsel shall prepare an order to disburse funds or release collateral.

IT IS SO ORDERED.

Dated:  December 10, 2019

Hon. Gonzalo P. Curiel
United States District Judge